1060

[No. 22866-1-II.   Division Two.   July 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEROY BARR, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00971-2, Randolph Furman, J., entered January 22, 1998. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 24954-5-II.   Division Two.   July 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY HENRY CHIPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-8-00812-7, Meagan M. Foley, J. Pro Tem., entered June 16, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25036-5-II.   Division Two.   July 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO ERIC MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00351-6, Randolph Furman, J., entered September 2, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan J.

[No. 24678-3-II.   Division Two.   July 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY MARVIN SWINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-05187-0, Sergio Armijo, J., entered April 15, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Bridgewater, JJ.